**Fill in this information to identify the case:**

Debtor name    **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-32582**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2020**      X **/s/ J. Russell Porter**

Signature of individual signing on behalf of debtor

**J. Russell Porter**

Printed name

**President and Secretary**

Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-32582**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 196,322.50

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 196,322.50

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 17,931,319.01

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 138,241.03

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $ 18,069,560.04

| Fill in this information to identify the case: |
|---|

Debtor name   **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-32582**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Legal Retainer - Okin Adams LLP** | $53,747.50 |
|---|---|---|

| 7.2. | **Retainer - Johnson Rice & Company, LLC** | $100,000.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                           $153,747.50
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Debtor   **Freedom Oil & Gas, Inc.**
_____
Name

Case number *(If known)*   **20-32582**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                                % of ownership

| | Name of entity | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | **Common Stock of Freedom Eagle Ford, Inc.** | **100** % | | **N/A** | **Unknown** |
| 15.2. | **Common Stock of Freedom Production, Inc.** | **100** % | | | **Unknown** |
| 15.3. | **Common Stock of Freedom Oil & Gas USA, Inc.** | **100** % | | | **Unknown** |
| 15.4. | **Common Stock of Maverick Drilling Company, Inc.** | **100** % | | | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| **$0.00** |
|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Freedom Oil & Gas, Inc.**                                    Case number *(If known)*  **20-32582**
          Name

| **Miscellaneous Office Furniture** | $0.00 | **Liquidation** | $0.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| **Miscellaneous Office Equipment and Supplies** | $0.00 | **Liquidation** | $0.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Freedom Oil & Gas, Inc.**                                    Case number *(If known)*   **20-32582**
          Name

          **Alternative Minimum Tax Refund**                     Tax year   **2019**              **$42,575.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                    **$42,575.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor    **Freedom Oil & Gas, Inc.**                                        Case number *(If known)*  **20-32582**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $153,747.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $42,575.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $196,322.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $196,322.50 |

**Fill in this information to identify the case:**

Debtor name   **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-32582**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1   Harris County, et al.**
Creditor's Name

Describe debtor's property that is subject to a lien
**2019 and 2020 Ad Valorem Taxes**

| | $6,215.01 | $0.00 |
|---|---|---|

**PO Box 3547**
**Houston, TX 77253**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2   Wells Fargo Bank, N.A.**
Creditor's Name

Describe debtor's property that is subject to a lien
**First Lien on all Assets of the Debtor**

| | $17,925,104.00 | Unknown |
|---|---|---|

**2500 City West Blvd, Suite 1100**
**Houston, TX 77042**
Creditor's mailing address

Describe the lien
**Credit Agreement, Guaranty Agreement, Collateral Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**07/03/2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Freedom Oil & Gas, Inc.**                    Case number (if know)    **20-32582**
_____
Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
_____

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$17,931,319. 01** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bracewell LLP** **Attn: Jason Cohen** **711 Louisiana St., Suite 2300** **Houston, TX 77002** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-32582**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Atchafalaya Measurement, Inc**<br>**124 Credit Drive**<br>**Scott, LA 70583**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$770.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bracewell LLP**<br>**711 Louisiana St., Suite 2300**<br>**Houston, TX 77002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$69,091.45** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Deepwell Energy Services, LLC**<br>**PO Box 1000, Dept**<br>**#0944**<br>**Memphis, TN 38148-0944**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,762.39** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Dimmit County Clerk**<br>**103 N. 5th Street**<br>**Carrizo Springs, TX 78834**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70.00** |

| Debtor | **Freedom Oil & Gas, Inc.** | Case number *(if known)* | **20-32582** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Direct Energy Business**
PO Box 660749
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.80**

**FedEx**
PO Box 660481
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,680.00**

**Impact Lift LLC**
332 W. Main St #10
Vernal, UT 87078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$941.41**

**Precision Structures Inc**
5055 Burke Rd
Pasadena, TX 77504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Field Office Lease Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$839.48**

**Quorum Business Solutions, Inc.**
PO Box 734963
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,187.50**

**Scott Kalish**
3502 Wellspring Lake Dr.
Weston Lakes, TX 77441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contract Employee Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Transparent Energy Services, Inc.**
2051 Greenhouse Road, Suite 325
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Oil & Gas, Inc.** | | Case number (if known) | **20-32582** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,317.00 |
|---|---|---|---|

**Weeks Environmental LLC**
**PO Box 1169**
**Premont, TX 78375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

<table>
<tr><td style="background:black;color:white">Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 138,241.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 138,241.03 |

**Fill in this information to identify the case:**

Debtor name **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-32582**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **09/28/2020** | **Aegis Energy Risk, LLC**<br>**2829 Technology Forest Blvd.**<br>**Suite 440**<br>**The Woodlands, TX 77381** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Month to Month** | **Answering Service Care LLC**<br>**541 South State Road 7**<br>**Suite 7**<br>**Margate, FL 33068** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
| | State the term remaining | **Annual** | **Arc-GIS** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Field Office Printer** | |
| | State the term remaining | **02/26/2021** | **Canon Solutions America**<br>**15004 Collections Center Dr.**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

Debtor 1   **Freedom Oil & Gas, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-32582**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Houston Office Printer** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Canon Solutions America**<br>**15004 Collections Center Dr.**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **annual** | **Cisco Meraki** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **ShareFile Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Citrix**<br>**PO Box 931686**<br>**Atlanta, GA 31193** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Internet and Cable Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Two Years** | **Comcast**<br>**PO Box 37601**<br>**Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Field Electricity Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Direct Energy**<br>**PO Box 660749**<br>**Dallas, TX 75266** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **06/27/2021** | **DrillingInfo**<br>**PO Box 679093**<br>**Dallas, TX 75267** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Freedom Oil & Gas, Inc.** | | Case number *(if known)* | **20-32582** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **DocVue Software Agreement** | |
| | State the term remaining | | **Full Circle Systems LLC** |
| | List the contract number of any government contract | | **19181 Highway 8**<br>**Morrison, CO 80465** |

| | | | |
|---|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **three years** | |
| | List the contract number of any government contract | | **GoDaddy** |

| | | | |
|---|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Houston Office Lease Gauranty Agreement** | |
| | State the term remaining | **4/30/2021** | **Granite Barnhart Sage Plaza, LP** |
| | List the contract number of any government contract | | **Lockbox 843776**<br>**Dallas, TX 75284** |

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Annual** | **Oil & Gas Information Systems** |
| | List the contract number of any government contract | | **5801 Edwards Ranch Road**<br>**Suite 200**<br>**Fort Worth, TX 76109** |

| | | | |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **iLandman Software Agreement** | |
| | State the term remaining | **Annual** | **P2ES Holdings LLC** |
| | List the contract number of any government contract | | **1670 Broadway**<br>**Suite 2800**<br>**Denver, CO 80202** |

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | **Pax8, Inc.**<br>**5500 S. Quebec Street**<br>**Suite 350**<br>**Greenwood Village, CO 80111** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Freedom Oil & Gas, Inc.** | | | Case number *(if known)* | **20-32582** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | _____ | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Field Office Trailer Lease** | |
| State the term remaining | **10/08/2020** | **Precision Structures, Inc.**<br>**9055 Burke Road**<br>**Pasadena, TX 77504** |
| List the contract number of any government contract | _____ | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Web Hosting Services Agreement** | |
| State the term remaining | | **Quorum Business Solutions Inc.**<br>**PO Box 734963**<br>**Dallas, TX 75373** |
| List the contract number of any government contract | _____ | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **AutoCAD and WinSvrCore Software Agreement** | |
| State the term remaining | **Annual** | **SHI Corp.**<br>**PO Box 952121**<br>**Dallas, TX 75395** |
| List the contract number of any government contract | _____ | |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
| State the term remaining | **Two Years** | **Sonicwall - Field Office** |
| List the contract number of any government contract | _____ | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
| State the term remaining | **Two Years** | **Sonicwall - Houston Office** |
| List the contract number of any government contract | _____ | |

| Debtor 1 | **Freedom Oil & Gas, Inc.** | | | Case number *(if known)* | **20-32582** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Texas InfoTech**<br>**5868 Westheimer Road**<br>**Suite 215**<br>**Houston, TX 77057** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **PHDWIN Software Agreement** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **TRC Consultants, LC**<br>**5806 Mesa Drive**<br>**Suite 215**<br>**Austin, TX 78731** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Viasat**<br>**6155 El Cmino Real**<br>**Carlsbad, CA 92009** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **WellEz Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WellEz Information Management LLC**<br>**811 Main Street**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Freedom Oil & Gas, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-32582**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Freedom Eagle Ford, Inc.** | | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Freedom Oil & Gas USA, Inc.** | | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Freedom Oil & Gas, Ltd.** | c/o Nicols + Brien, PO Box Q191<br>QVB Post Shop Sydney<br>NSW Australia 1230 | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Freedom Production, Inc.** | | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **Freedom Production, Inc.** | First Amendment to Houston Office Lease | **Granite Barnhart Sage Plaza, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |